Seth W. Wiener, CSBN No. 203747
LAW OFFICES OF SETH W. WIENER
609 Karina Court
San Ramon, CA 94582
Telephone: (925) 487-5607
Facsimile (925) 828-8648
Email: seth@sethwienerlaw.com

Attorney for Defendant Sourse, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI'S BRIDGE, INC.<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>SOURSE, INC.,<br><br>　　　Defendant. | Case No.: 4:24-CV-01913-KAW<br><br>**SOURSE, INC.'S ANSWER TO COMPLAINT**<br><br>[DEMAND FOR TRIAL BY JURY] |

　　　Defendants Sourse, Inc. ("Defendant") answers Plaintiff Heidi's Bridge, Inc.'s ("Plaintiff") Complaint, filed on March 28, 2024 (Doc. 1), as follows.

**PARTIES**

　　　1.　　Answering Paragraph 1 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

　　　2.　　Answering Paragraph 2 of the Complaint, Defendant admits the allegations therein.

**JURISDICTION AND VENUE**

　　　3.　　Answering Paragraph 3 of the Complaint, Defendant admits the allegations therein.

　　　4.　　Answering Paragraph 4 of the Complaint, Defendant admits the allegations therein.

　　　5.　　Answering Paragraph 5 of the Complaint, Defendant admits the allegations therein.

**FACTS**

　　　6.　　Answering Paragraph 6 of the Complaint, Defendant lacks knowledge or information

about the truth of the allegations therein, and on that basis denies the allegations therein.

7.      Answering Paragraph 7 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

8.      Answering Paragraph 8 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

9.      Answering Paragraph 9 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

10.     Answering Paragraph 10 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

11.     Answering Paragraph 11 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

12.     Answering Paragraph 12 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

13.     Answering Paragraph 13 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

14.     Answering Paragraph 14 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

15.     Answering Paragraph 15 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

16.     Answering Paragraph 16 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

17.     Answering Paragraph 17 of the Complaint, Defendant admits the allegations therein.

18.     Answering Paragraph 18 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

19.     Answering Paragraph 19 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

20.     Answering Paragraph 20 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

21. Answering Paragraph 21 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

22. Answering Paragraph 22 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

23. Answering Paragraph 23 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

24. Answering Paragraph 24 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

25. Answering Paragraph 25 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

26. Answering Paragraph 26 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

27. Answering Paragraph 27 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

28. Answering Paragraph 28 of the Complaint, Defendant admits the allegations therein.

29. Answering Paragraph 29 of the Complaint, Defendant admits the allegations therein.

30. Answering Paragraph 30 of the Complaint, Defendant admits the allegations therein.

31. Answering Paragraph 31 of the Complaint, Defendant admits the allegations therein.

32. Answering Paragraph 32 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

33. Answering Paragraph 33 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

34. Answering Paragraph 34 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

35. Answering Paragraph 35 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

36. Answering Paragraph 36 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

37. Answering Paragraph 37 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

38. Answering Paragraph 38 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

39. Answering Paragraph 39 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

40. Answering Paragraph 40 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

41. Answering Paragraph 41 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

42. Answering Paragraph 42 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

43. Answering Paragraph 43 of the Complaint, Defendant denies the allegations therein.

## RESPONSE TO COUNT I – COPYRIGHT INFRINGEMENT

44. Answering Paragraph 44 of the Complaint, Defendants incorporates by reference the preceding allegations of this Answer as if fully set forth herein.

45. Answering Paragraph 45 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

46. Answering Paragraph 46 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

47. Answering Paragraph 47 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

48. Answering Paragraph 48 of the Complaint, Defendant lacks knowledge or information about the truth of the allegations therein, and on that basis denies the allegations therein.

49. Answering Paragraph 49 of the Complaint, Defendant denies the allegations therein.

50. Answering Paragraph 50 of the Complaint, Defendant denies the allegations therein.

51. Answering Paragraph 51 of the Complaint, Defendant denies the allegations therein.

52. Answering Paragraph 52 of the Complaint, Defendant denies the allegations therein.

53. Answering Paragraph 53 of the Complaint, Defendant denies the allegations therein.

## AFFIRMATIVE DEFENSES

Defendant asserts the following affirmative defenses to the Complaint:

## FIRST AFFIRMATIVE DEFENSE

### (Failure To State A Claim)

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

### (No Statutory Damages Or Attorneys' Fees)

One or more of Plaintiffs' claims for statutory damages and/or attorneys' fees under 17 U.S.C. § 504 are barred because some, if not all, of Plaintiffs' copyright registrations were not made within three months after the first publication of the allegedly infringing works, as required by 17 U.S.C. § 412.

## THIRD AFFIRMATIVE DEFENSE

### (Invalid Copyrights)

Plaintiff's Complaint fails on the basis that the copyrights asserted therein are invalid.

## FOURTH AFFIRMATIVE DEFENSE

### (Laches, Estoppel, and Waiver)

Plaintiff's Complaint is barred in whole or part under the doctrines of laches, estoppel, and/or waiver.

## FIFTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

Plaintiff is precluded form recovering on any of its claims for relief by the doctrine of unclean hands.

## SIXTH AFFIRMATIVE DEFENSE

### (Fair Use)

Plaintiff's Complaint is barred because Defendant's use of the subject material constitutes fair use.

## SEVENTH AFFIRMATIVE DEFENSE

### (Copyright Misuse)

Plaintiff's Complaint is barred by the doctrine of copyright misuse.

### PRAYER FOR RELIEF

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiff shall take nothing by way of the Complaint;

2. That the Complaint shall be dismissed with prejudice;

3. For an award of attorneys' fees and costs; and

4. For such other and further relief as the Court deems just and proper.

### DEMAND FOR TRIAL BY JURY

Pursuant to Civil Local Rule 3-6 and Federal Rule of Civil Procedure 38(b), Defendant demands a trial by jury.

Dated:  May 20, 2024                                       LAW OFFICES OF SETH W. WIENER

By: _____
Seth W. Wiener
Attorney for Defendant
Sourse, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this case.

Executed on May 20, 2024.

_____
Seth W. Wiener

Answer – Page 7